UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>    Plaintiff,<br><br>v.<br><br>DHILLON BROS. NO. 1, LLC, et al.,<br><br>    Defendants. | Case No.  1:20-cv-01741-NONE-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 11) |

On April 22, 2021, Plaintiff George Avalos filed a notice of voluntary dismissal of entire action with prejudice. (ECF No. 11.) Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **April 26, 2021**         /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE

1